

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

**FILED**
MAR 03 2023
U.S. MAGISTRATE JUDGE
BY_____

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>v.<br><br>JOSHUA A. CORFEE,<br><br>  Defendant. | Case No 2:23-MJ- 183 -VCF<br><br>FILED UNDER SEAL<br><br>**APPLICATION TO SEAL** |

COMES NOW the United States of America, by and through Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with the Court's Arrest Warrant, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

According to Title 18, United States Code, Section 3103a(b)(1), this Court may delay any notice required, or that may be required, if there is reasonable cause to believe that providing immediate notification of the execution of the arrest warrant may have an adverse result. In this case, such an order would be appropriate because the Complaint relates to an ongoing criminal investigation into a violation of 18 U.S.C. § 1038(a)(1)(A) – False

Information and Hoax Related to Purported Bomb (Weapon of Mass Destruction) – where the putative defendant is currently at large. This offense occurred on February 26, 2023, and involved the threat of significant violence at Harry Reid International Airport. Disclosure of the Complaint, including the existence of a warrant, could jeopardize the investigation, including by alerting the putative defendant to the warrant and giving him an opportunity to flee or continue flight from prosecution.

For the reasons stated above, and to protect the integrity of an ongoing investigation, it is requested that the Complaint and Arrest Warrant be sealed.

DATED this 3rd day of March, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney


/s/ Jean N. Ripley
Jean N. Ripley
Assistant United States Attorney

**FILED**

MAR 03 2023

U.S. MAGISTRATE JUDGE

BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, | Case No 2:23-MJ- 183 -VCF |
| Plaintiff, | |
| v. | **SEALED** |
| JOSHUA A. CORFEE, | **ORDER** |
| Defendant. | |

Based on the pending Application of the Government, and good cause appearing therefor, IT IS HEREBY ORDERED that the Complaint and Arrest Warrant in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 3rd day of March, 2023.

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3