

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Ste. 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

**FILED**

MAR 03 2023

U.S. MAGISTRATE JUDGE

BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA A. CORFEE,<br><br>Defendant. | Case No. 2:23-MJ- 183 -VCF<br><br>**CRIMINAL COMPLAINT**<br><br>18 U.S.C. § 1038(a)(1)(A) –<br>False Information and Hoax Related to Purported Bomb (Weapon of Mass Destruction) |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states that:

COUNT ONE
False Information and Hoax Related to Purported Bomb (Weapon of Mass Destruction)
(18 U.S.C. § 1038(a)(1)(A))

On or about February 26, 2023, in the State and Federal District of Nevada,

JOSHUA A. CORFEE,

defendant herein, did intentionally convey false and misleading information, to wit: placing a telephone call to the Airport Control Center and stating that he had placed a bomb at Harry Reid International Airport in Las Vegas, Nevada, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken,

was taking, and would take place that would constitute a violation of 18 U.S.C. § 2332a(a)(2) – Threatening to Use a Weapon of Mass Destruction, to wit: that a bomb had been placed somewhere at Harry Reid International Airport, all in violation of Title 18, United States Code, Section 1038(a)(1)(A).

## PROBABLE CAUSE AFFIDAVIT

Complainant, Erin Walsh, as and for probable cause, states the following:

1. I am a Special Agent with the Las Vegas Division of the Federal Bureau of Investigation (FBI), and have been employed as such for approximately five years. As a Special Agent with the FBI, I have received extensive training, including with respect to threat assessment and mitigation and domestic terrorism. While at the FBI, I have been involved in numerous investigations related to foreign and domestic counterintelligence, safeguarding national security, drug trafficking organizations and other criminal enterprises, and other violent offenses. I am currently assigned to the FBI's Transnational Organized Crime Squad and serve as the FBI's Airport Liaison Agent Coordinator.

2. This Affidavit is made in support of a complaint charging Joshua A. CORFEE with a violation of 18 U.S.C. § 1038(a)(1)(A) for false information and hoaxes. The statements contained in this Affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement personnel and witnesses. I have not included each and every fact known to me, but rather, have included information sufficient to establish probable cause for the requested charge. All times and dates are approximate.

3. On February 26, 2023, an individual later identified as Joshua CORFEE called the Airport Control Center ("ACC") of Harry Reid International Airport from 928.514.8700, and stated that he had placed a bomb at the airport. All calls received by

ACC are recorded and subject to caller identification. The call is approximately 40 seconds in duration, and is transcribed as follows:

Operator: Thank you for calling Harry Reid International Airport, this is Loretta, how may I assist you?

CORFEE: Yeah, um, I'm a known "Incel," and I wanted to let you know that I put a bomb in the airport. Out of Lake Havasu City, I'm out of Lake Havasu City.

Operator: Okay, one moment please.

Operator: Okay, when did you do this?

CORFEE: Oh, not that long ago, I'm heading back now.

Operator: What flight is it on? Which airline?

CORFEE: I don't know.

Operator: You don't know which airline you placed this on?

[Call is disconnected.]

4. Pursuant to protocol, ACC notified the FBI of the bomb threat. Your Complainant called telephone number 928-514-8700 and spoke with a male voice who identified himself as Joshua CORFEE. During that call, CORFEE asked the agent the reason for the call, and the agent told CORFEE that it was in relation to a threat of terrorism. CORFEE originally denied making any threats, stating he "didn't even go to the airport" and that he lives in Arizona. The agent then asked CORFEE why he brought up the airport as the agent never mentioned the airport. CORFEE then admitted to placing the phone call to the Harry Reid International Airport from Arizona, and making threatening statements. Specifically, CORFEE stated he made a false statement about putting a bomb in the airport. During the call, CORFEE also stated that he was an "Incel," and wanted international attention.

3

5. After listening to the recorded call from ACC, I later confirmed that the person who had identified himself as Joshua CORFEE is the same male voice who made the bomb threat.

6. As a result of the possibility of a bomb being placed at the airport, ACC deployed canines specializing in detection of explosive devices within common areas of the airport. No explosive devices were found.

7. At the FBI's request, on that same day, an officer of the Mohave County Sherriff's Office made contact with CORFEE and his mother at his residence in Lake Havasu, Arizona. CORFEE claimed that he had called the Las Vegas airport "to try and get attention." CORFEE stated that he "wanted international attention to validate" whether he was "good looking or not."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## CONCLUSION

8. Based on the above facts and circumstances, as well as my training and experience, I submit that there is probable cause that Joshua CORFEE, defendant herein, has violated Title 18, United States Code, Section 1038(a)(1)(A) for False Information and Hoax Related to Purported Bomb (Weapon of Mass Destruction).

ERIN WALSH
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 3rd, 2023.

HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

5