JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA A. CORFEE,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No.: 2:23-cr-00074-JAD-DJA<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 844(e) –<br>Threat and False Statement to Use an Explosive Device<br><br>18 U.S.C. § 2332a(a)(2) –<br>Threatening to Use a Weapon of Mass Destruction<br><br>18 U.S.C. § 1038(a)(1)(A) –<br>False Information and Hoax |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Threat and False Statement to Use an Explosive Device
(18 U.S.C. § 844(e))

On or about February 26, 2023, in the State and Federal District of Nevada,

**JOSHUA A. CORFEE,**

defendant herein, through the use of a telephone, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made and to be made, to unlawfully to damage and destroy any building and other real and personal property at Harry Reid International Airport in Las Vegas, Nevada, by means of fire and an explosive, in and affecting interstate and foreign commerce, that is: the defendant called Harry Reid International Airport in Las Vegas, Nevada and stated that he had placed a bomb at the airport, knowing that statement to be false, in violation of Title 18, United States Code, Section 844(e).

## COUNT TWO
Threatening to Use a Weapon of Mass Destruction
(18 U.S.C. § 2332a(a)(2))

On or about February 26, 2023, in the State and Federal District of Nevada,

**JOSHUA A. CORFEE,**

defendant herein, acting without lawful authority, knowingly threatened to use a weapon of mass destruction, specifically, a bomb, against persons and property within the United States, by use of a facility of interstate and foreign commerce in furtherance of the offense, and by threatening property that was used in interstate and foreign commerce and in an activity that affected interstate and foreign commerce, and the offense and the results of the offense affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332a(a)(2).

## COUNT THREE
False Information and Hoax
(18 U.S.C. § 1038(a)(1)(A))

On or about February 26, 2023, in the State and Federal District of Nevada,

**JOSHUA A. CORFEE,**

defendant herein, did intentionally convey false and misleading information, to wit: that he had placed a bomb at Harry Reid International Airport in Las Vegas, Nevada, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of 18 U.S.C. § 2332a(a)(2) –Use of a Weapon of Mass Destruction, in violation of Title 18, United States Code, Section 1038(a)(1)(A).

DATED: this 5th day of April, 2023.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

_____
JEAN N. RIPLEY
Assistant United States Attorney