PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 2:23-cr-0074-JAD-DJA

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: JOSHUA A. CORFEE
Address:

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA     Las Vegas
Divisional Office

FILED / ENTERED     RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

APR 5 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): JEAN N. RIPLEY

☐ Interpreter Required   Dialect:

Birth Date _____
☑ Male ☐ Female
☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Erin Walsh ~ FBI

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
2:23-mj-0183-VCF

Place of offense: _____ County

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. § 844(e) | Threat and False Statement to Use an Explosive Device | 1 |
| | 18 U.S.C. § 2332a(a)(2) | Threatening to Use a Weapon of Mass Destruction | 2 |
| | 18 U.S.C. § 1038(a)(1)(A) | False Information and Hoax | 3 |