UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE REGULAR GRAND JURY
THE **March 31, 2022** TERM. **22-02**

**MINUTES OF COURT**

DATE: April 5, 2023 @ 12:58 p.m. to 1:03 p.m.

PRESENT: The Honorable Cam Ferenbach, U.S. Magistrate Judge.

DEPUTY CLERK: Araceli Bareng    REPORTER: Natasha Bachman

UNITED STATES ATTORNEY: Bianca Pucci    COURTROOM: 3D

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant and Summons issue where indicated.

| | | |
|---|---|---|
| **2:23-cr-073 RFB-BNW** | **SEALED – 1 DEFENDANT** | **SUMMONS** |
| **2:23-cr-074 JAD-DJA**<br>**2:23-mj-0183 VCF** | **JOSHUA A. CORFEE** | **LOCAL FEDERAL CUSTODY** |
| **2:23-cr-075 GMN-EJY** | **BRANDON DAVID SATTLER** | **SUMMONS** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:23-cr-073, 2:23-cr-074 & 2:23-cr-075** will be held on **Thursday, April 13, 2023 @ 2:30 p.m.** before **MAGISTRATE JUDGE DANIEL J. ALBREGTS in Courtroom 3A.**

The Arraignment and Plea will be held at the time of the Initial Appearance.

.

DEBRA KEMPI, Clerk

United States District Court

/S/ Araceli Bareng

Deputy Clerk